```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

STEPHANIE A. SELBY, et al.        *

       Plaintiffs       *

         vs.              *    CIVIL ACTION NO. MJG-13-1531

SIP & BITE RESTAURANT, INC.,      *
et al.
       Defendants       *

\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>SCHEDULING ORDER</u>

In accordance with the proceedings held in this matter on August 9, 2013:

1. Expert discovery shall proceed as follows:

    a)  By October 11, 2013, each party shall:

        (1) Advise each adverse party of the identity of all proposed expert witnesses as to matters on which the proposing party bears the burden of proof.

        (2) Provide Rule 26(a)(2) information.

        (3) Advise each adverse party of dates within 30 days on which each expert shall be available for deposition so that depositions can be taken.

    b)  By November 29, 2013, each party shall:

        (1) Advise each adverse party of the identity of any proposed expert witnesses not identified in the previous submission.

        (2) Provide Rule 26(a)(2) information.

       (3)    Advise each adverse party of dates within 30 days on which each expert shall be available for deposition so that depositions can be taken.

2. All discovery shall be completed by January 31, 2014.

3. Any summary judgment motion shall be filed by February 28, 2014.

4. If there is no timely summary judgment motion, Plaintiff shall arrange a telephone conference to be held by March 7, 2014, to schedule trial proceedings.

5. The Rule 26(f) conference, if not held already or otherwise arranged by agreement of the parties, shall be held within fourteen days of the date of this Order.

SO ORDERED, this <u>Monday, August 12, 2013</u>.

                                                   /s/\
                                          Marvin J. Garbis\
                              United States District Judge