IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Stephanie A. Selby, et al.** | * | |
| **Plaintiffs"** | * | |
| v. | * | Case No.  MJG-13-1531 |
| **Sip & Bite Restaurant, Inc., et al.** | * | |
| **Defendants"** | * | |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs respectfully request that the Scheduling Order be amended to adjust four deadlines.

The parties have conferred and believe that all discovery can be completed within the proposed deadlines and that summary judgment motions will be filed in this case.  Defendants have consented to the requested extensions in the proposed Scheduling Order.  Neither party will be prejudiced by the requested amendment; no trial has been scheduled in this matter.

Wherefore the parties respectfully request that the Court grant this motion to amend the Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Bradford W. Warbasse* | */s/ (with permission)* |
| Bradford W. Warbasse | Kevin C. McCormick (Fed. Bar No. 07674) |
| Federal Bar No. 07304 | Whiteford, Taylor & Preston, L.L.P. |
| 401 Washington Avenue, Ste. 200 | Seven Saint Paul Street |
| Towson, Maryland 21204 | Baltimore, Maryland 21202 |
| (410) 337-5411 | (410) 347-8700 |
| | |
| Coun*sel for Plaintiffs* | *Counsel for Defendants* |