## IN THE UNITED STATES DISTRICT COURT OF MARYLAND FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Stephanie A. Selby, et al.,** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No. MJG-13-1531 |
| **Sip & Bite Restaurant, Inc., et al.,** | * | |
| **Defendants** | * | |

## PLAINTIFF MOLDZYRK'S ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT

Plaintiff Julie Moldzyrk, by her undersigned counsel, hereby notifies the Court and gives written notice of her acceptance of the attached Rule 68 Offers of Judgment issued by Defendants Sip & Bite Restaurant, Inc., Anthony Vasiliades, and Sophia Vasiliades (collectively, "Defendants").

1. Plaintiff Moldzyrk accepts Defendants' Offer of Judgment in the amount of $3,000.00, as well as the other terms set forth in Defendants' Offer of Judgment;

2. A copy of Defendant's Rule 68 Offer of Judgment is attached hereto as Exhibit 1.

Plaintiff Moldzyrk's counsel has engaged in written discovery and depositions, and is otherwise able to make an informed decision as to whether to accept this Offer of Judgment or not.

**WHEREFORE**, the Parties request:

a. That the Court approve the agreed to Offer of Judgment in this Fair Labor Standards Act (FLSA) case, thereby approving this Judgment and the resolution of this FLSA case.

**WHEREFORE**, Plaintiff Moldzyrk requests:

a. That the Court enter Judgment in this matter against Defendants in the amounts offered to Plaintiff Moldzyrk by Defendants; and

b. A Proposed Order of Judgment is attached hereto.

c. Grant attorneys' fees and costs to Plaintiff Moldzyrk, in amounts to be determined by the Court.

Respectfully submitted,

/s/
Howard B. Hoffman, Esq.
Federal Bar No. 25963
600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852
(301) 251-3752

/s/ (with permission)
Bradford W. Warbasse, Esq.
Federal Bar No. 07304
401 Washington Avenue, Ste. 200
Towson, Maryland 21204
(410) 337-5411

/s/ (with permission)
Stephen J. Springer, Esq.
(Pro Hac Vice)
2033 Walnut Street
Philadelphia, Pennsylvania 19103
(215) 732-8229

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2014, a copy of the foregoing Notice of Acceptance, along with all Exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Maryland, and is available for viewing and downloading from the ECF system.

_____/s/_____
Howard B. Hoffman