IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Stephanie A. Selby, et al., | * |
| Plaintiffs | * |
| v. | *   Case No. MJG-13-1531 |
| Sip & Bite Restaurant, Inc., et al., | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

### OFFER OF JUDGMENT
### To: Julie Moldryzk

Pursuant to Fed. R. Civ. P. 68, Defendants Sip & Bite Restaurant, Inc., Anthony Vasiliades and Sofia Vasiliades (collectively, "Defendants"), hereby offer to allow judgment to be taken against them in the amount of Three Thousand Dollars ($3,000), plus costs and reasonable, reimbursable attorneys' fees (as agreed to by counsel or as determined by the Court on application by Plaintiff's counsel) incurred to date in pursuing Plaintiff's claim for minimum wage compensation.

This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendants are liable in this action, that they violated any statutes or regulations, or that the Plaintiff has suffered any damages as a result of Defendants' action.

In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff within fourteen (14) days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible in any proceeding other than to recover costs.

Respectfully submitted,

Kevin C. McCormick (Bar No. 07674)
David M. Stevens
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Tel. (410) 347-8700
Fax. (410) 223-4379
kmccormick@wtplaw.com
Attorneys for Defendants

Accepted: Bradford W. Warbasse
Attorney for Plaintiff

Date: 12/19/14

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December, 2014, a copy of the Offer of Judgment was served by first-class, postage prepaid United States mail as follows:

> Howard B. Hoffman, Esquire
> 600 Jefferson Plaza
> Suite 304
> Rockville, Maryland 20852
>
> Bradford W. Warbasse, Esquire
> 401 Washington Avenue
> Suite 200
> Towson, Maryland 21204
>
> and
>
> Stephen J. Springer, Esquire
> 2033 Walnut Street
> Philadelphia, Pennsylvania 19103

_____
Kevin C. McCormick

*2120295*